NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3140

RONALD P. ALLY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in DA0831080497-I-1.

ON MOTION

## O R D E R

The court treats the informal brief filed by the petitioner as a motion for leave to file the brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The respondent should calculate its brief due date from the date of filing of this order.

MAY 22 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Ronald P. Ally
       Armando A. Rodriguez-Feo, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2009

JAN HORBALY
CLERK